

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00480-CR
_____

JAVIER MONTANO, Appellant

V.

THE STATE OF TEXAS

On Appeal from Criminal District Court No. 4
Tarrant County, Texas
Trial Court No. 1756905

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered Appellant's "Motion for Leave for Current Appellate Counsel to Withdraw, Substitute New Lead Counsel, and Dismiss the Appeal." We grant Appellant's request for the withdrawal and substitution of his appellate counsel. Attorney Michael "Corey" Young is substituted as attorney of record for Appellant in place of Kent Starr. Regarding Appellant's request to dismiss the appeal, because we have not yet decided this case, we grant Appellant's requested relief and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: March 6, 2025